IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moore, Deon Elaine | Case Number: 05 B 03102 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | Filed: 1/31/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: July 11, 2008
Confirmed: March 22, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,718.62 | |
| Secured: | | 4,072.62 |
| Unsecured: | | 1,156.94 |
| Priority: | | 0.00 |
| Administrative: | | 2,416.50 |
| Trustee Fee: | | 400.53 |
| Other Funds: | | 672.03 |
| Totals: | 8,718.62 | 8,718.62 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 2,416.50 | 2,416.50 |
| 2. | Universal Underwriters | Secured | 3,851.61 | 3,851.61 |
| 3. | Great American Finance Company | Secured | 221.01 | 221.01 |
| 4. | Great American Finance Company | Unsecured | 88.63 | 88.63 |
| 5. | Universal Underwriters | Unsecured | 603.29 | 603.29 |
| 6. | Americash Loans, LLC | Unsecured | 9.50 | 9.50 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 69.00 | 69.00 |
| 8. | Commonwealth Edison | Unsecured | 75.70 | 75.70 |
| 9. | T Mobile USA | Unsecured | 25.53 | 25.53 |
| 10. | St Alexius Medical Center | Unsecured | 183.73 | 183.73 |
| 11. | Palisades Collection LLC | Unsecured | 32.65 | 0.00 |
| 12. | Nicor Gas | Unsecured | 101.56 | 101.56 |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | Black Expressions | Unsecured | | No Claim Filed |
| 15. | Advance America | Unsecured | | No Claim Filed |
| 16. | Alexian Brothers Medical Center | Unsecured | | No Claim Filed |
| 17. | MCI Residential | Unsecured | | No Claim Filed |
| 18. | Bonaventure Medical | Unsecured | | No Claim Filed |
| 19. | Burlington Coat Factory | Unsecured | | No Claim Filed |
| 20. | Check N Go | Unsecured | | No Claim Filed |
| 21. | Check Into Cash | Unsecured | | No Claim Filed |
| 22. | Evergreen Professional Recoveries | Unsecured | | No Claim Filed |
| 23. | Cub Foods | Unsecured | | No Claim Filed |
| 24. | First Consumers National Bank | Unsecured | | No Claim Filed |
| 25. | Hong Kong Restaurant | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Moore, Deon Elaine | | Case Number: 05 B 03102 |
|---|---|---|---|
| | | | Judge: Goldgar, A. Benjamin |
| | Printed: 9/3/08 | | Filed: 1/31/05 |

| | | | | |
|---|---|---|---|---|
| 26. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 27. | SBC | Unsecured | | No Claim Filed |
| 28. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 29. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 30. | Professional Account Services | Unsecured | | No Claim Filed |
| 31. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 32. | Qwest Communications Corporation | Unsecured | | No Claim Filed |
| 33. | Radiology Affiliates | Unsecured | | No Claim Filed |
| 34. | Rosati's Pizza | Unsecured | | No Claim Filed |
| 35. | Insure On The Spot | Unsecured | | No Claim Filed |
| 36. | TCF Bank | Unsecured | | No Claim Filed |
| 37. | Universal Underwriters | Unsecured | | No Claim Filed |
| 38. | Therese Sulentich | Unsecured | | No Claim Filed |
| 39. | Village of Schaumburg | Unsecured | | No Claim Filed |
| 40. | USA Payday Loans | Unsecured | | No Claim Filed |
| 41. | Sprint PCS | Unsecured | | No Claim Filed |
| 42. | Zippy's | Unsecured | | No Claim Filed |

$ 7,678.71       $ 7,646.06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 20.15 |
| 3% | 24.14 |
| 5.5% | 100.34 |
| 5% | 40.32 |
| 4.8% | 63.44 |
| 5.4% | 142.22 |
| 6.5% | 9.92 |
| | $ 400.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

